Same case below, 430 Fed. Appx. 151.

**No. 10-11083. Christi Lynn Johnston, Petitioner v. Texas.**

565 U.S. 866, 132 S. Ct. 212, 181 L. Ed. 2d 115, 2011 U.S. LEXIS 7143.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 336 S.W.3d 649.

**No. 10-11084. Steven Leonard, Petitioner v. Federal Bureau of Investigation, et al.**

565 U.S. 866, 132 S. Ct. 212, 181 L. Ed. 2d 115, 2011 U.S. LEXIS 6947.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 405 Fed. Appx. 386.

**No. 10-11085. Sergio Lua-Bermejo, Petitioner v. United States.**

565 U.S. 866, 132 S. Ct. 212, 181 L. Ed. 2d 115, 2011 U.S. LEXIS 6495.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 669.

**No. 10-11086. Leon Henry, Jr., Petitioner v. United States.**

565 U.S. 866, 132 S. Ct. 212, 181 L. Ed. 2d 115, 2011 U.S. LEXIS 7105.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-11087. Lucio Joaquin Camarillo, Petitioner v. United States.**

565 U.S. 866, 132 S. Ct. 212, 181 L. Ed. 2d 115, 2011 U.S. LEXIS 6666.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 422 Fed. Appx. 566.

**No. 10-11088. Mario Alberto Ciriza-Saenz, Petitioner v. United States.**

565 U.S. 866, 132 S. Ct. 212, 181 L. Ed. 2d 115, 2011 U.S. LEXIS 6534.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 459.

**No. 10-11090. Larry P. Nardelli, Petitioner v. United States.**

565 U.S. 866, 132 S. Ct. 213, 181 L. Ed. 2d 115, 2011 U.S. LEXIS 6477.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 399 Fed. Appx. 570.